

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Patch Energy LLC;                         * From the 385th District Court
Candlewood Resources, LLC;                   of Midland County,
and Prelly Minerals LLC,                   Trial Court No. CV57378.

Vs. No. 11-22-00280-CV                    * November 21, 2024

Indio Minerals LLC; Gunner                * Opinion by Bailey, C.J.
Investments, LLC; Gunner Oil                (Panel consists of: Bailey, C.J.,
Series, LLC; and Madaket Energy LLC,        Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Patch Energy LLC, Candlewood Resources, LLC, and Prelly Minerals LLC.